PROB 12C
(7/93)

Report Date: July 10, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Philmlee                     Case Number: 2:13CR02083-001

Address of Offender:

Name of Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/12/2011

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Marijuana, 21 U.S.C. §§ 841(a)(1) and 846 |
| Original Sentence: | Prison - 18 Months<br>TSR - 36 Months |
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | TBD |

Type of Supervision: Supervised Release

Date Supervision Commenced: 11/1/2012

Date Supervision Expires: 10/31/2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1        **Special Condition #14**: The defendant must participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol through the course of treatment.

**Supporting Evidence**: Mr. Philmlee tested positive for marijuana on April 25, June 5, 18, and 28, 2013.

The above-noted positive drug tests have been confirmed positive for marijuana by Alere and Sterling Reference Laboratories.

2        **Special Condition #14**: The defendant must participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol thought the course of treatment.

**Supporting Evidence**: Mr. Philmlee failed to attend treatment at Merit Resource Services on June 24, and July 1, 2013.

3  **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Philmlee failed to notify his probation officer 10 days prior to quitting his job at Express Personnel on June 17, 2013.

According to Mr. Philmlee's employer, he quit his job with no notice on June 17, 2013.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

s/ Wm. Fremming Nielsen

Signature of Judicial Officer

07/10/2013

Date